STATE v. AUTRY LEE HADDOCK.

(Filed 29 February, 1956.)

Appeal by defendant from *Bundy, J.,* November Term 1955, Superior Court, Pitt County.

Criminal prosecution upon two bills of indictment, Nos. 5713 and 5714, returned at the October Term 1955, Superior Court, Pitt County. The bill in No. 5713 charged a felonious assault on Gene Lewis with intent to kill, inflicting serious injury not resulting in death. The first count in No. 5714 charged the felonious breaking and entering an occupied dwelling house in the nighttime for the purpose of committing a

BLANTON *v.* BOTTLING CO.

felony. The second count charged the malicious injury to certain personal property in the house. The third count charged the unlawful use of profane, vulgar and indecent language in the hearing of two or more persons.

The two cases were consolidated and tried together before a jury upon the indictments and the defendant's pleas of not guilty thereto. At the conclusion of the State's evidence the court dismissed all charges except that of assault with a deadly weapon and of breaking and entering without intent to commit a felony. The jury returned a verdict of guilty of simple assault and with breaking and entering without intent to commit a felony. From judgment on the verdicts, the defendant appealed, assigning errors.

*William B. Rodman, Jr., Attorney General, and Harry W. McGalliard, Asst. Attorney General, for the State.*

*Jones, Reed & Griffin for defendant, appellant.*

PER CURIAM. The State offered parol evidence of ownership and possession of the premises upon which the offenses charged in the indictments are alleged to have occurred. The court admitted the evidence over objection. However, substantially the same evidence was later admitted without objection—part of it brought out by defendant's cross-examination. The objection, even if valid, was waived. The evidence was sufficient to carry the cases to the jury. Debatable questions of law are not raised by the assignments of error and discussion is not required. Examination of the record reveals

No error.